NUMBER
13-11-00241-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

ESTATE OF RONALD
LAYNE MITCHELL, DECEASED

____________________________________________________________

 

                    On
Appeal from the County Court at Law No. 1

                                       of
Nueces County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

             Before Chief Justice Valdez and Justices Rodriguez and Garza

Memorandum Opinion
Per Curiam

 








This
appeal was abated by this Court on May 23, 2011, and the parties were ordered
to mediation.  This cause is now before the Court on appellants’ unopposed
motion to dismiss the appeal with prejudice on grounds that the parties have
settled and compromised all claims and controversies existing between them in
this cause.  Appellants request that this Court dismiss the appeal. 
Accordingly, this case is hereby REINSTATED.

The
Court, having considered the documents on file and appellants’ unopposed motion
to dismiss the appeal, is of the opinion that the motion should be granted.  See
Tex. R. App. P. 42.1(a). 
Appellants’ motion to dismiss is granted, and the appeal is hereby DISMISSED. 
In accordance with the agreement of the parties, costs are taxed against the
party incurring same.  See Tex.
R. App. P. 42.1(d) ("Absent agreement of the parties, the court
will tax costs against the appellant.").  Having dismissed the appeal at
appellants’ request, no motion for rehearing will be entertained, and our
mandate will issue forthwith.  Any pending motions are dismissed as moot.

 

PER
CURIAM

Delivered and filed the 

14th day of July, 2011.